IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
MAY 0 7 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT  **3:25 CR 227** |
| Plaintiff, | ) | **JUDGE ZOUHARY** |
| v. | ) | CASE NO. _____ MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| VEDANTKUMAR BHUPENBHAI PATEL, | ) | Sections 1956(a)(1)(B)(i), |
| | ) | 1956(h), and 2 |
| Defendant. | ) | |

COUNT 1
(Money Laundering Conspiracy,
18 U.S.C. § 1956(h))

The Grand Jury charges:

1. From in or around February of 2025 until in or around April of 2025, in the Northern District of Ohio, the Eastern District of Michigan, the Western District of Michigan, the Northern District of Illinois, and elsewhere, Defendant VEDANTKUMAR BHUPENBHAI PATEL, together with others known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is: Wire Fraud, in violation of Title 18, United States Code, Section 1343, knowing that the property involved in the transactions represented the proceeds of some unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the

ORIGINAL

specified unlawful activity, in violation of Title 18, United State Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

COUNT 2<br>(Concealment Money Laundering,<br>18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

The Grand Jury further charges:

2. On or about March 4, 2025, in the Northern District of Ohio, Defendant did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, Wire Fraud in violation of Title 18, United States Code, Sections 1343, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States, Sections 1956(a)(1)(B)(i) and 2.

FORFEITURE SPECIFICATION

The Grand Jury further charges:

3. The allegations of Counts 1 and 2 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). As a result of the foregoing offenses, Defendant VEDANTKUMAR BHUPENBHAI PATEL shall forfeit to the United States all property, real and personal, involved in the offenses charged herein, and any property traceable to such property.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.